IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAYMOND WILLIAMS, ) | No. C 12-4421 JSW (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| COUNTY OF SANTA CLARA; ) SHERIFF LAURIE SMITH; VALLEY ) MEDICAL CENTER, ) | |
| Defendants. ) | |

Plaintiff, an inmate at the Santa Clara County Jail, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. On October 25, 2012, the Court dismissed the complaint for failure to present a cognizable claim for relief. Plaintiff was granted 30 days to file an amended complaint. He has failed to do so. This case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: January 9, 2013

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

JOHN RAYMOND WILLIAMS,

    Plaintiff,

  v.

SANTA CLARA COUNTY OF et al,

    Defendant.
_____/

Case Number: CV12-04421 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Raymond Williams
701 S. Abel Street
#BWK/634 12005170
Milpitas, CA 95035

Dated: January 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk